UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMAUEL YAHRAY LOCKWOOD,

       Plaintiff,

v.

       Case No. 25-mc-51436
       Hon Brandy R. McMillion
       United States District Judge

STATE OF MICHIGAN, *et al.*,

       Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION IN ORDER TO CEASE AND DESIST FOLLOWED BY RESTRAINING ORDER AND LIEN (ECF NO. 1)

This matter is before the Court upon Plaintiff Emmauel Yahray Lockwood's ("Lockwood") Motion in order to Cease and Desist followed by Restraining Order and Lien (ECF No. 1). The Motion states that it is a "Joinder of Claim with Civil Action No. 2:24-cv-12753". ECF No. 1, PageID.1. However, from a review of the Motion, the Court cannot discern what relief Lockwood is seeking. As best the Court can tell, this case is related to 2:24-cv-12753 only in that it references the suicide of Benjamin Blostein, which is at issue in that litigation, but nothing else in this request for a cease and desist or restraining order or lien would properly subject this case to joinder with that action.

Moreover, if Lockwood believes he has a viable claim, he must set out that claim in short and plain language, including facts associated with his claims, in a Civil Complaint filed with this Court.  *See* Fed. R. Civ. P. 8.  The Eastern District of Michigan Court website offers a section devoted to "Representing Yourself," including a "How to File a Lawsuit Handbook."  *See* [http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe](http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe).  Lockwood is instructed to review this website or seek counsel to assist him with filing a proper Complaint with the Court.

Accordingly, **IT IS HEREBY ORDERED** that Lockwood's Motion in Order to Cease and Desist followed by Restraining Order and Lien (ECF No. 1) is **DENIED**.

**IT IS SO ORDERED.**

Dated:  January 7, 2026           s/Brandy R. McMillion
       Detroit, Michigan            Hon. Brandy R. McMillion
                                          United States District Judge